INSURANCE COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUIS SCHUMER, Respondent, v. HARRY CAPLIN, Appellant.— Judgment and orders reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $40,084.60; in which event the judgment as so modified and the orders appealed from are affirmed, without costs. No opinion. Settle order no notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Martin, J., dissenting and voting for reversal and a new trial.

MAX GOLDEN, Doing Business under the Trade Name of STAFFORD SPRINGS WORSTED COMPANY, Respondent, v. T. A. SHAW & Co., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MARY HOULIHAN, Respondent, v. IDA FERMAN and Another, Appellants.— Judgment reversed and new trial ordered, with costs to appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,633.70; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell Finch, Martin and Burr, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on the Complaint of IVY MOORE, Respondent, v. EDWIN A. THOMPSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

TOBIAS KAHANE, Respondent, v. ALFRED JACQUES, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

TUTTLE GENSTIL SHOE COMPANY, a Corporation, Respondent, v. S. STEIN & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SAMUEL H. COHEN, Respondent, v. MAX GREENEBAUM and Others, Appellants, Impleaded with FRANK E. GORE, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SAMUEL H. COHEN, Appellant, v. MAX GREENEBAUM and Others, Defendants, Impleaded with FRANK E. GORE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARGARET TAYLOR, Respondent, v. JULIUS RICHTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of WARREN L. SAUSSER, Appellant, for a Mandamus Order against DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.